1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MICHAEL LYNN WATERS,

11              Plaintiff,                    No. 2:11-cv-2510-JAM-DAD P

12        vs.

13    L. DAVEY, et al.,

14              Defendants.              <u>ORDER</u>

15    _____/

16         Plaintiff is a state prisoner proceeding pro se.  He initiated proceedings in this

17    court on September 22, 2011 be filing a motion for preliminary injunction.  Out of an abundance

18    of caution, the Clerk of the Court opened this civil action in response to that filing and the court

19    issued plaintiff new case documents and instructions.  On March 8, 2012 plaintiff filed another

20    motion seeking a preliminary injunction and on March 28, 2012 a motion seeking release from

21    lockdown status at his institution of confinement.

22         Because his initial filing in this action was a motion for a preliminary injunction,

23    o May 9, 2012, the court advised plaintiff that in order to commence a civil action he was

24    required to file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure and to

25    either file an application to proceed in forma pauperis or the $350.00 filing fee.  (<u>See</u> Doc. No. 7

26    at 1.)  Instead, on June 4, 2012, plaintiff filed a document styled, "Motion To Compel Prison

1

1   Officials To Take Plaintiffs [sic] Trust Statement Away From Counselor J.J. Lynch . . . " and a

2   motion for an extension of time to file his "amended complaint."  (Doc. No. 8 & 9.)

3           Plaintiff's motion to compel will be denied since plaintiff has not properly

4   commenced this action by filing a complaint.  In addition, the court is not persuaded that prison

5   authorities have violated any laws or regulations by allowing plaintiff's counselor to mail

6   plaintiff's trust account statement to the court, regardless of the fact that plaintiff's counselor

7   may be a defendant in this action.  The court will provide plaintiff with an extension of time to

8   submit his application to proceed in for pauperis and a certified copy of his trust account

9   statement.  The court will also grant plaintiff's request for an extension of time to file a

10  complaint pursuant to the court's order of May 9, 2012.

11          Accordingly, IT IS HEREBY ORDERED that:

12          1.  Plaintiff's June 4, 2012, motion to compel (Doc. No. 8) is denied;

13          2.  Plaintiff's June 6, 2012 motion for an extension of time (Doc. No. 9) is

14  granted;

15          3.  Within thirty days from the service of this order, plaintiff shall file a complaint

16  as set forth in the court's May 9, 2012 order, and an application to proceed in forma pauperis

17  with a certified copy of his trust account statement; and

18          4.  Plaintiff's failure to comply with this order will result in a recommendation

19  that this action be dismissed.

20  DATED: June 13, 2012.

21

22                                          _____

23                                          DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE
24

25  DAD:kly/4
    wate2510.36com
26

2