IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LYNN WATERS,

       Plaintiff,                        No. 2:11-cv-02510-JAM-DAD P

   vs.

L. DAVEY, et al.,

       Defendants.            FINDINGS & RECOMMENDATIONS

_____/

        By orders filed May 9, 2012 and June 14, 2012, plaintiff was ordered to file a complaint, as well as, either the filing fee or an application to proceed in forma pauperis.  The time for filing the required documents and/or filing fee has passed, and plaintiff has not complied with the court's orders.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
2  F.2d 1153 (9th Cir. 1991).
3  DATED: July 18, 2012.

```
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

7  DAD:4
   wat2510.fta.fifp